```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

| | |
|---|---|
| **CHAFARRAH CLEMONS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 24-00180-JB-B |
| | * |
| **MOBILE COUNTY SHERIFF OFFICE,** | * |
| *et al.*, | * |
| | * |
| Defendants. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to obey the Court's order.

**DONE and ORDERED** this 10th day of February, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE